THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:    415/674-8600
Facsimile:     415/674-9900

Attorneys for Plaintiffs
LES JANKEY
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES JANKEY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>            Plaintiffs,<br><br>v.<br><br>GEARY PARKWAY MOTEL; HENRY KAO-CHUN YANG TRUSTEE of the CHUNG LANG YANG IRREVOCABLE TRUST; BALWANTSINH D. THAKOT, and KIRANSHINH B. THAKOR, individuals dba GEARY PARKWAY MOTEL,<br><br>            Defendants. | CASE NO. CV-08-2466-PJH<br><br>**NOTICE AND ACKNOWLEDGMENT OF RECEIPT** |

**TO:    Defendants BALWANTSINH D. THAKOT, and KIRANSHINH B. THAKOR,**

   **individuals dba GEARY PARKWAY MOTEL.**

   This summons and compliant are being served pursuant to Section 415.30 of the

California Code of Civil Procedure and Section 4(e)(1) of the Federal Rules of Civil Procedure.

Your failure to complete this form and return it to me with 20 days may subject you (or the

1  party on whose behalf you are being served) to liability for the payment of any expenses
2  incurred in serving a summons on you in any other manner permitted by law.
3      If you are being served on behalf a corporation, unincorporated association (including a
4  partnership), or other entity, this form must be signed by you in the name of such entity or by a
5  person authorized to receive service of process on behalf of such entity.  On all other cases,
6  this form must be signed by you personally or by a person authorized by you to acknowledge
7  receipt of summons.  Section 415.30 provides that this summons and other documents are
8  deemed served on the date you sign the Acknowledgment of Receipt below, and you return this
9  form to me.

10  Dated: June 10, 2008                          THOMAS E. FRANKOVICH
                                                        *A PROFESSIONAL LAW CORPORATION*

13                            By: _____/S/_____
                                THOMAS E. FRANKOVICH
14                            Attorneys for Plaintiffs LES JANKEY and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public
15  benefit corporation

16  **ACKNOWLEDGMENT OF RECEIPT**

17  This acknowledges receipt of:

18      1. ☐  A copy of the summons and of the complaint.

20  Date of receipt:_____ , 2008

21                                                    _____
                                                  (Signature of person acknowledging receipt, with title if acknowledgment is made on behalf of another person)

23  Date this form is signed:_____, 2008

25                                                    _____
                                                  (Type or print your name and the name of entity, if any, on whose behalf this form is signed)

1  you (or the party on whose behalf you are being served) to liability for the payment of any
2  expenses incurred in serving a summons on you in any other manner permitted by law.
3      If you are being served on behalf a corporation, unincorporated association (including a
4  partnership), or other entity, this form must be signed by you in the name of such entity or by
5  a person authorized to receive service of process on behalf of such entity. On all other cases,
6  this form must be signed by you personally or by a person authorized by you to acknowledge
7  receipt of summons. Section 415.30 provides that this summons and other documents are
8  deemed served on the date you sign the Acknowledgment of Receipt below, and you return this
9  form to me.
10  Dated: _____, 2008         THOMAS E. FRANKOVICH
                                      A PROFESSIONAL LAW CORPORATION
11
12
13                                    By: _____
                                          THOMAS E. FRANKOVICH
14                                    Attorneys for Plaintiffs LES JANKEY and DISABILITY
                                      RIGHTS ENFORCEMENT, EDUCATION, SERVICES:
15                                    HELPING YOU HELP OTHERS, a California public
                                      benefit corporation
16              ACKNOWLEDGMENT OF RECEIPT
17  This acknowledges receipt of:
18      1. ☒ A copy of the summons and of the complaint.
19
    Date of receipt: __7-17__, 2008
20
                                          _____
21                                        (Signature of person acknowledging
                                          receipt, with title if acknowledgment is
22                                        made on behalf of another person)
23  Date this form is signed: __7-17__, 2008
24
                                          _____
25                                        (Type or print your name and the name of
                                          entity, if any, on whose behalf this form is
26                                        signed)
27
28

NOTICE AND ACKNOWLEDGMENT OF RECEIPT                                    2