1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5
   Attorneys for Plaintiffs
6  LES JANKEY
   and DISABILITY RIGHTS
7  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
8  HELP OTHERS

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                                        )  **CASE NO. CV-08-2466-PJH**
    LES JANKEY, an individual; and        )
12  DISABILITY RIGHTS, ENFORCEMENT,       )  **NOTICE OF CHANGE OF FIRM**
    EDUCATION, SERVICES:HELPING YOU       )  **ADDRESS**
13  HELP OTHERS, a California public benefit )
    corporation,                          )
14                                        )
           Plaintiffs,                    )
15                                        )
    v.                                    )
16                                        )
                                          )
17  GEARY PARKWAY MOTEL; HENRY            )
    KAO-CHUN YANG TRUSTEE of the          )
18  CHUNG LANG YANG IRREVOCABLE           )
    TRUST; BALWANTSINH D. THAKOT,         )
19  and KIRANSHINH B. THAKOR,             )
    individuals dba GEARY PARKWAY         )
20  MOTEL,                                )
                                          )
21         Defendants.                    )
    _____)
22

23         **TO THE COURT, DEFENDANTS AND THEIR COUNSEL OF RECORD:**

24  ///

25  ///

26  ///

27  ///

28  ///

NOTICE OF CHANGE OF FIRM ADDRESS                                              1

1  PLEASE TAKE NOTICE THAT, Thomas E. Frankovich, *A Professional Law Corporation*, has changed its address from: 2806 Van Ness Avenue, San Francisco, California, 94109 to the following:

**4328 Redwood Hwy, Suite 300**

**San Rafael, California, 94903**

The telephone number and fax number remain the same.

Dated: August 28, 2008    THOMAS E. FRANKOVICH
                          *A PROFESSIONAL LAW CORPORATION*

                          By: _____/S/_____
                               THOMAS E. FRANKOVICH
                               Attorneys for Plaintiffs