UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| LES JANKEY, et al.,<br>    Plaintiffs, | No. C08-2466 PJH MED |
| v. | **ORDER APPROVING REQUEST FOR PLAINTIFF LES JANKEY TO ATTEND MEDIATION BY PHONE** |
| GEARY PARKWAY HOTEL, et al.,<br>    Defendants.<br>_____/ | Date:      April 27, 2010<br>Mediator:  Daniel Bowling |

IT IS HEREBY ORDERED that plaintiff Les Jankey is excused from personal attendance at the April 27, 2010, mediation before Daniel Bowling. Mr. Jankey shall be available to participate by telephone at all times during the mediation, pursuant to ADR Local Rule 6-10.

IT IS SO ORDERED.

April 21, 2010          By:                *Elizabeth D. Laporte*
Dated                                          Elizabeth D. Laporte
                                               United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California