```
 1  THOMAS E. FRANKOVICH (State Bar #074414)
    THOMAS E. FRANKOVICH
 2  A PROFESSIONAL LAW CORPORATION
    4328 Redwood Hwy, Suite 300
 3  San Rafael, CA   94903
    Telephone:       415/674-8600
 4  Facsimile:       415/674-9900

 5  Attorneys for Plaintiffs LES JANKEY and DISABILITY RIGHTS
    ENFORCEMENT, EDUCATION, SERVICES:
 6  HELPING YOU HELP OTHERS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES JANKEY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>GEARY PARKWAY MOTEL; HENRY KAO-CHUN YANG TRUSTEE of the CHUNG LANG YANG IRREVOCABLE TRUST; BALWANTSINH D. THAKOT, and KIRANSHINH B. THAKOR, individuals dba GEARY PARKWAY MOTEL,<br><br>    Defendants.<br>_____ | CASE NO.  C 08-02466 PJH<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  See Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

1     Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their
2 designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3 pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4     This stipulation may be executed in counterparts, all of which together shall constitute one
5 original document.

6  Dated: May 17, 2011                       THOMAS E. FRANKOVICH
                                          *A PROFESSIONAL LAW CORPORATION*

By:    /S/ *Thomas E. Frankovich*
        Thomas E. Frankovich
Attorney for Plaintiffs LES JANKEY and
DISABILITY RIGHTS ENFORCEMENT,
EDUCATION, SERVICES: HELPING YOU HELP
OTHERS

Dated: _May 17, 2011                     Michael T. Heath
                                          Law Office of Michael Heath

By: ____/S/ *Michael T. Heath*_____
        Michael T. Heath
Attorneys for HENRY KAO-CHUN YANG
TRUSTEE of the CHUNG LANG YANG
IRREVOCABLE TRUST; BALWANTSINH D.
THAKOT, and KIRANSHINH B. THAKOR

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: May 23_____, 2011

_____
Honorable Judge
UNITED STATES

*[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON         CASE NO.  C 08-02466 PJH

-2-